UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEE UNIQUE SIMS,

        Plaintiff,                       Case Number 22-12992

v.                                         Honorable David M. Lawson

CITY OF DETROIT, TYLER SCOTT ALENE,
and JANELLE THOMAS,

        Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

This matter is before the Court on the parties' joint motion to extend case management deadlines. The Court has considered the motion and finds that it should be granted in part.

Accordingly, it is **ORDERED** that the joint motion to extend deadlines (ECF No. 21) is **GRANTED IN PART**, and the case management schedule is **AMENDED** as follows: The facilitated mediation must be completed **on or before October 24, 2023**. All discovery in this matter must be completed **on or before October 30, 2023**. Dispositive motions must be filed **on or before November 20, 2023**. All other provisions of the case management and scheduling order remain in full force and effect.

                                                                       s/David M. Lawson
                                                                       DAVID M. LAWSON
                                                                         United States District Judge

Dated:  September 1, 2023